JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| RETINA ASSOCIATES MEDICAL GROUP, INC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MASTER JANITORIAL SERVICE, INC. d/b/a MASTER JANITORIAL SERVICE, JAY KUMAR RAO, and LISA RAO,<br><br>Defendants. | Case No. 8:18-cv-00941-JLS-DFM<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br>Judge:   Josephine L. Staton<br><br>Complaint filed: May 31, 2018 |

The Court, having considered the Joint Stipulation for Dismissal (the Stipulation") and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED.

2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Retina Associates Medical Group, Inc. ("Plaintiff"), in its individual capacity against Master Janitorial Service, Inc. d/b/a Master Janitorial Service, Jay Kumar Rao, and Lisa Rao ("Defendants").

3. The above-entitled action is hereby dismissed without prejudice as to all Class claims alleged against Defendants.

4. Each party shall bear their own attorney's fees, costs and expenses.

5. The Court will retain jurisdiction to enforce an agreement between the Parties.

**IT IS SO ORDERED.**

Dated: December 21, 2018

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE